UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOAN BROWN on behalf of
RAYON RATTIGAN,**

        **Plaintiff,**

v.                                                            **Case No. 6:24-cv-1900-CEM-RMN**

**STATE OF FLORIDA, MARK
INTERLICCHIO, ALEXANDER
JULLIAN SMITH-JOHNSON,
WILLIAM D. MAXWELL, R.J.
LARIZZA, and RON DESANTIS,**

        **Defendant.**
_____/

**ORDER**

        THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 21). The United States Magistrate Judge issued a Report and Recommendation (Doc. 24), recommending that the Motion be denied, the Amended Complaint (Doc. 7) be dismissed without prejudice, and Plaintiff be permitted to amend. Subsequently, Plaintiff filed a Second Amended Complaint (Doc. 25).

        After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 21) is **DENIED**.

3. The Amended Complaint (Doc. 7) is **DISMISSED without prejudice**.

4. The Second Amended Complaint (Doc. 25) is accepted as the operative pleading.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party