UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOAN BROWN on behalf of**
**RAYON RATTIGAN,**

        **Plaintiff,**

**v.**                            **Case No. 6:24-cv-1900-CEM-RMN**

**RON DESANTIS,**

        **Defendant.**

                            /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 26). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be denied, the Second Amended Complaint (Doc. 25) be dismissed without prejudice, and Plaintiff be permitted to amend. Subsequently, Plaintiff filed a Third Amended Complaint (Doc. 30).[1]

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

---

[1] The most recent pleading is in the form of a Petition for Writ of Habeas Corpus. (Doc. 30 at 1).

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 26) is **DENIED**.

3. The Second Amended Complaint (Doc. 25) is **DISMISSED without prejudice**.

4. Plaintiff's Motion for Extension of Time (Doc. 29) is **GRANTED**. The Third Amended Complaint (Doc. 30) is accepted as the operative pleading.

5. **On or before June 12, 2026**, Plaintiff shall file a renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party